# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

                                                                Case No. **BKY 09-44258**

**RONALD K KORNOVICH**
**AUDREY A KORNOVICH**

        Debtor(s)                                                      **Chapter 7 Case**

## ORDER OF DISMISSAL

        The voluntary petition commencing this chapter 7 case was filed on June 30, 2009.  The petition was accompanied by a Certificate(s) of Credit Counseling stating that the debtor(s) received credit counseling on October 29, 2008, which date is outside the 180-day period preceding the date of filing of the petition. Because the debtor(s) has not received credit counseling within the statutorily required time period, the debtor(s) is not eligible for relief pursuant to 11 U.S.C. section 109(h).

        IT IS THEREFORE ORDERED:

        1. This case is dismissed; and
        2. The clerk shall provide notice of this order to the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed in the matrix filed with the petition commencing this case.

Dated:  July 1, 2009

                                                  _/e/ Nancy C. Dreher_____
                                                  United States Bankruptcy Judge

---

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT

Filed and docket entry made on __6/1/2009_____

Lori Vosejpka, Clerk, by __M. Blesi_____

---

02/15/93;0105.